*E-Filed 6/9/14*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PORFIRIO MEDINA, | No. C 12-3767 RS (PR) |
| Plaintiff, | **ORDER REOPENING ACTION** |
| v. | |
| THOMAS D. ALLMAN, MENDOCINO COUNTY, and DOES 1–100; | |
| Defendants. | |

This federal civil rights action was dismissed in April 2013 because plaintiff failed to file an amended complaint that complied with the Court's directions. He now moves to reopen the action (Docket No. 10) and has submitted a second amended complaint. The motion to reopen is GRANTED. The action is REOPENED, and the Clerk is directed to amend the docket accordingly. The judgment (Docket No. 8) and the order of dismissal (Docket No. 7) are VACATED. The Court will review the amended complaint in a separate order. The Clerk shall terminate Docket No. 10.

**IT IS SO ORDERED**.

DATED: June 9, 2014

RICHARD SEEBORG
United States District Judge